Melvin J. **MOODY,** Plaintiff–Appellant,

v.

**Jo Anne B. BARNHART, Commissioner of Social Security Administration,** Defendant–Appellee.

No. 05–2427.

United States Court of Appeals, Fourth Circuit.

Submitted: March 7, 2007.

Decided: April 9, 2007.

William Lee Davis, III, Lumberton, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, R.A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin J. Moody appeals the district court's order and judgment affirming the Commissioner's decision denying disability insurance benefits and Social Security Income payments. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moody v. Barnhart,* No. CA–04–127–H (E.D.N.C. Sept. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*